Prob 22
(9/00)

## TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran Court) | |
| 2:92CR241-01 | |
| DOCKET NUMBER (Rec Court) | |

**07 CRIM 301**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| David Myles Harbour<br>Bronx, NY | Middle District of North Carolina | Greensboro |
| | NAME OF SENTENCING JUDGE<br>The Honorable Frank W. Bullock Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM<br>02/23/2007 | TO<br>02/22/2012 |

OFFENSE

Possession With Intent To Distribute Cocaine Base (Crack) - 21:841(a)(1) & (b)(1)(A)(iii)

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE* **APR 1 6 2007**

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

   **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF NEW YORK upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_3-12-07_
Date

_James A. Beaty_
United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE     SOUTHERN     DISTRICT OF     NEW YORK

   **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**APR 1 6 2007**
Date

United States District Judge

**FRANK MAAS**
United States Magistrate Judge
Southern District of New York