

P48020/J. Verga

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

### MEMORANDUM

**07 CRIM. 301**

| | |
|---|---|
| **TO:** | Jim Molinelli, Miscellaneous Clerk |
| **FROM:** | Jessica Verga, USPO |
| **RE:** | David Myles Harbour |
| **DATE:** | April 9, 2007 |

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On January 25, 1993, the above-named individual was sentenced as outlined in the attached J & C. In March 2007, we received a letter from the Middle District of North Carolina advising that the Transfer of Jurisdiction Order (Probation Form 22) ordering Mr. Harbour's transfer to the SD/NY, was signed. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-0034.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _Jessica Verga_
Jessica Verga
U.S. Probation Officer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: APR 1 6 2007